**FILED**

**JUN 1 8 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 13-30118-MJR |
| Plaintiff, | |
| vs. | Title 21, United States Code, |
| SEAN D. McGILVERY, | Sections 841(a)(1), (b)(1)(A)(i), and 846 |
| Defendant. | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN**

From on or about June, 2009, and continuing to on or about May 22, 2013, in St. Clair County, Illinois, within the Southern District of Illinois, the defendant,

**SEAN D. McGILVERY,**

knowingly and intentionally combined, conspired, confederated, and agreed with other persons both known and unknown, including Deborah A. Perkins and Douglas William Oliver, to distribute and to possess with intent to distribute Heroin, a Schedule I Narcotic Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

The offense involved in excess of 1 kilogram of heroin, in further violation of Title 21, Section 841(b)(1)(A)(i).

**A TRUE BILL**

JAMES L. PORTER
First Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: DETENTION